specific provision which vests funds in defendant's account if he resigns, and in light of the fact that it is undisputed that defendant did terminate his employment, we conclude that the above statement of purpose cannot operate to divest defendant of amounts due him under the pension trust.

Determining defendant's rights under each of the profit-sharing plans and the pension trust in accord with the provisions contained therein, we conclude that the defendant is entitled to the amounts due him under each plan and accordingly affirm the order of the trial court dismissing Count I of plaintiffs' complaint for declaratory judgment.

Order affirmed.

McNAMARA and MEJDA, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CALVIN FLEMMINGS, Defendant-Appellant.

(No. 59835; )

First District (5th Division)—August 22, 1975.

882

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Edmund B. Moran, Jr., and Richard D. Kharas, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon, John T. Theis, and Iris E. Sholder, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* OLIVER MORGAN (Impleaded), Defendant-Appellant.

(No. 60604; 

First District (5th Division)—August 22, 1975.

